IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| KELLY D. TEAL, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 15-CV-199-SPS |
| ATOKA COUNTY MEDICAL CENTER, a public trust, BEVERLY PICKETT, individually, and PAUL REANO, individually, jointly and severally, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS' FINAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order [Dkt. No. 22] and LCvR 43.1, the defendants, Atoka County Medical Center, Beverly Pickett and Paul Reano ("Defendants"), hereby designate the following as their list of exhibits in the above-captioned matter.

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 1. | 01/22/2014 | Application for Employment - Atoka County Medical Center ("ACMC") | ACMC 000387 - 000390 | X | |
| 2. | 09/23/2013 | Redline Healthcare Staffing evaluation for Kelly Teal | ACMC 000070 - 000100 | | X |
| 3. | 01/02/2014 | Redline Healthcare Staffing, LLC invoice to ACMC regarding Kelly D. Teal, R.N. | ACMC 000101 | | X |
| 4. | 08/29/2014 | Redline Healthcare Staffing, LLC time record for Kelly D. Teal assigned to Coalgate Mary Hurley | ACMC 000116 | | X |
| 5. | 03/10/2014 | EEOC Charge of Discrimination to McAlester Regional Health Center by Kelly D. Teal - sex and age discrimination and retaliation - 564-2014-00369 | ACMC 000269 | | X |

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 6. | 03/20/2014 | EEOC Dismissal and Notice of Rights issued to Kelly D. Teal - 564-2014- 00369 | ACMC 000271 | | X |
| 7. | 09/12/2013 | McAlester Regional Health Center personnel action report for Kelly Team - termination | ACMC 000282 | | X |
| 8. | 09/12/2013 | McAlester Regional Health Center employee counseling report for Kelly Teal - termination and attachments | ACMC 000283 - 000285; 000288 & 000290 | | X |
| 9. | 05/30/2013 | McAlester Regional Health Center employee performance appraisal for Kelly Teal | ACMC 000302 - 000305 | | X |
| 10. | | Résumé of Kelly D. Teal R.N., B.S.N. | ACMC 000391 - 000397 | | X |
| 11. | 01/29/2014 | Letter to Kelly Teal regarding offer of employment from ACMC | ACMC 000411 - 000412 | X | |
| 12. | 01/29/2014 | ACMC benefit election forms for Kelly Teal | ACMC 000521 & 000523 | | X |
| 13. | 01/29/2014 | ACMC job description for Staff Registered Nurse-RN, Charge Nurse Manager RN, RN in the Emergency Room Department, RN Triage Nurse in the Emergency Room Department and Receipt of Job Description, all signed by Kelly Teal | ACMC 000367 - 000376 & 000366 | X | |
| 14. | 01/29/2014 | ACMC confidentiality acknowledgement, signed by Kelly Teal | ACMC 000364 - 000365 | X | |
| 15. | 01/29/2014 | ACMC substance abuse policy/procedure, signed by Kelly Teal | ACMC 000377 - 000382 & 000403 | X | |

2

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 16. | 01/29/2014 | ACMC code of conduct service standards, signed by Kelly Teal | TEAL 000044 - 000055 and ACMC 000457 | X | |
| 17. | 01/29/2014 | ACMC General Orientation for Kelly Teal, signed by Kelly Teal | ACMC 000454 - 000456 | X | |
| 18. | 01/29/2014 | ACMC HIPAA Quiz taken by Kelly Teal | ACMC 000458 - 000459 | X | |
| 19. | 01/29/2014 | EMTALA OSHA Quiz taken by Kelly Teal | ACMC 000460 - 000461 | X | |
| 20. | 08/08/2014 | Transcript of Kelly Teal's recorded meeting with Beverly Pickett | ACMC 000960 - 001029 & TEAL 000400 | X | |
| 21. | 08/08/2014 | ACMC disciplinary action form for Kelly Teal with attached statements of Linda Goff, Hali Holcomb and R. Thompson, RN | ACMC 000408 & 000907 - 000910 | X | |
| 22. | | Transcripts of Kelly Teal's meeting with PJ Schalski | ACMC 001030 - 001053 & TEAL 000401 | | X |
| 23. | 08/11/2014 | ACMC disciplinary action form for Kelly Teal - termination | ACMC 000407 | X | |
| 24. | 08/11/2014 | ACMC payroll status change form for Kelly Teal - termination | ACMC 000406 | | X |
| 25. | 08/11/2014 | Human Resource Report on K. Teal, RN | ACMC 000959 | | X |
| 26. | 08/19/2014 | Letter to Kelly Diane Teal from Oklahoma Board of Nursing | TEAL 000133 | | X |
| 27. | 08/11/2014 | Oklahoma Board of Nursing report of nursing practice incident regarding Kelly Teal | ACMC 000957 - 00958 | | X |

3

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 28. | 12/02/2014 | Letter from Oklahoma State Department of Health to Paul Reano regarding Medicare investigation and attachments | ACMC 000581 - 000590 | X | |
| 29. | 09/23/2014 | OESC discharge/general form of Kelly Teal | ACMC 000740 - 000742 | | X |
| 30. | 08/22/2014 | Kelly Teal's OMES online application and notice report of applications | ACMC 000655 - 000667 | | X |
| 31. | 10/15/2014 | Application for employment to EPIC Medical Center by Kelly Teal | ACMC 000003 - 000004 | | X |
| 32. | 2015 | W-2 wage and tax statement for Kelly Teal from Coal County General Hospital | ACMC 000671 | | X |
| 33. | 12/02/2015 | Coal County General Hospital employee action form for Kelly Teal - termination | ACMC 000675 | | X |
| 34. | 11/09/2015 | Coal County General Hospital employee action form for Kelly Teal - new hire | ACMC 000676 | | |
| 35. | 10/08/2015 | Application for employment to Coal County General Hospital by Kelly Teal | ACMC 000677 - 000678 | | X |
| 36. | 03/14/2016 | Online application for employment to Trustaff by Kelly Teal | ACMC 000634 - 000636 | | X |
| 37. | 01/12/2016 | Application for employment to Carter Healthcare by Kelly Teal | ACMC 000816 - 000822 | | X |
| 38. | 01/18/2016 | Offer of employment to Kelly Teal from Carter Healthcare | ACMC 000824 | | X |
| 39. | 01/31/2016 | Letter of resignation by Kelly Teal to Carter Healthcare | ACMC 00893 | | X |
| 40. | 02/26/2016 | Carter Healthcare check inquiry report for Kelly Teal | ACMC 000894 | | X |
| 41. | 03/24/2016 | Email to Brandon Morgan with LTC Services from Kelly Teal regarding formal grievance | ACMC 000902 | | X |

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 42. | 03/27/2016 | Letter to Brandon Morgan at LTC Services from Kelly Teal - formal grievance | ACMC 000904 - 000905 | | X |
| 43. | 2014 | W-2 wage and tax statement for Kelly Teal from ACMC | TEAL 000217 | | X |
| 44. | 2012 | Federal income tax return for Kelly Teal | TEAL 000260 - 000263; 000256; 000255; 000257; 000258; 000253; 000251 | | X |
| 45. | 2013 | Federal and state income tax returns for Kelly Teal | TEAL 000154 - 000160; 000248 & 000252 and 000153 | | X |
| 46. | 2014 | Federal and state income tax returns for Kelly Teal | TEAL 000146 - 00151 & 000249 - 000250 | | X |
| 47. | 05/28/2014 | Office/outpatient visit for Kelly Teal with Dr. Melissa Gastorf | ACMC 000780 - 00782 | | X |
| 48. | 02/28/2014 | Office/outpatient visit for Kelly Teal with Dr. Melissa Gastorf | ACMC 000783 - 00785 | | X |
| 49. | 11/18/2013 | Office/outpatient visit for Kelly Teal with Dr. Melissa Gastorf | ACMC 00786 - 000788 | | X |
| 50. | 08/12/2013 | Office/outpatient visit for Kelly Teal with Dr. Melissa Gastorf | ACMC 00789 - 000791 | | X |
| 51. | 05/03/2013 | Office/outpatient visit for Kelly Teal with Dr. Melissa Gastorf | ACMC 000792 - 000794 | | X |

5

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 52. | 12/17/2015 | Notice of Claim pursuant to the Oklahoma Governmental Tort Claims Act to Coal County General Hospital by Kelly Teal | TEAL 000323 - 000324 | | X |
| 53. | 2014 | Calendar/diary of Kelly Teal | TEAL 000325 - 000399 | | X |
| 54. | 04/27/2016 | E-Verify for Kelly Teal from Grace Living Center | ACMC 000917 | | X |
| 55. | 04/19/2016 | Application for employment by Kelly Teal to Grace Living Center | ACMC 000919 - 000922 | | X |
| 56. | 2016 | Wage statements for Kelly Teal from Grace Living Center from 05/11/2016 to 05/25/2016 with attached time attendance and punch detail report, and expense report with receipts and payment check | ACMC 000946 - 000956 | | X |
| 57. | | Kelly Teal's legal nurse consultant course training materials - not yet produced by plaintiff | | | X |
| 58. | | List of cases reviewed by Kelly Teal - not yet produced by plaintiff | | | X |
| 59. | | Kelly Teal's medical records reflecting diagnosis of migraines - not yet produced by plaintiff | | | X |
| 60. | | Prescription for Flexeril for Kelly Teal - not yet produced by plaintiff | | | X |
| 61. | | All exhibits listed by plaintiff and not objected to by defendants | | | |
| 62. | | All demonstrative exhibits | | | |
| 63. | | All rebuttal exhibits | | | |
| 64. | | Deposition exhibits identified in portions of depositions designated or counter-designated, to the extent not objected to by defendants, and to the extent the designated portions are admitted into evidence | | | |

6

| No. | Date | Description | Bates No. | Expected to Use | May be Used |
|---|---|---|---|---|---|
| 65. | | All pleadings not objected to by defendants | | | |

Respectfully submitted,

s/Tanya S. Bryant
Adam W. Childers, OBA #18673
Tanya S. Bryant, OBA #20170

-Of the Firm-

CROWE & DUNLEVY, P.C.
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
tanya.bryant@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Brendan M. McHugh
P.O. Box 1392
Claremore, OK 74018
Brendan@lawinok.com
mchugh8@att.net
bmcq1990@gmail.com

Attorney for Plaintiff

                                        s/Tanya S. Bryant
                                        Tanya S. Bryant

3031514.1