IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY D. TEAL, an individual, | ) |
| Plaintiff, | ) |
| v. | ) |
| ATOKA COUNTY MEDICAL CENTER, a public trust, BEVERLY PICKETT, INDIVIDUALLY, and PAUL REANO, Individually, jointly and severally, | ) Case No. 15-CV-199-SPS |
| Defendants. | ) |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff hereby submits her exhibit list.  In support, Plaintiff alleges:

## EXHIBITS

1. Plaintiff's employment records and employment file.

2. Policies of Defendant Hospital and related entities.

3. Medical records of the delivery described in paragraph 9 of the complaint.

4. Hospital's HIPPA policy.

5. Hospital's drug testing policy.

6. Hospital's discipline policy.

7. Hospital's policy and procedure manual and employee handbook.

8. Transcribed statement of conversation between Plaintiff and Beverly Reano.

9. Nursing Board Complaint submitted by Beverly Reano.

10. Human Resource Report submitted by Beverly Pickett.

11. Grievance submitted by Plaintiff.

12. Caller id log of Plaintiff indicating communication with Dr. Wittingon.

13. Text messages between Plaintiff and Shaye Henderson.

14. Text messages between Plaintiff and Chrystal Lee.

15. Text messages between Plaintiff and Destiny Pebworth.

16. Exhibits listed by Defendants whether utilized or not by Defendants.

> S/Brendan M. McHugh
> Brendan M. McHugh, OBA #18422
> Attorney for Plaintiff
> P.O. Box 1392
> Claremore, OK 74018
> (918) 608-0111
> Fax: (918) 803-4910

## CERTIFICATE OF ECF SERVICE

This is to certify that a true and correct copy of the above and foregoing was emailed via the Court's ECF system this 28th day of June, 2016 to:

> Adam W. Childers, OBA #18673
> Tanya S. Bryant, OBA #20170
> -Of the Firm-
> CROWE & DUNLEVY
> A Professional Corporation

324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
tanya.bryant@crowedunlevy.com
ATTORNEYS FOR DEFENDANTS


/S/BRENDAN M. MCHUGH
BRENDAN M. MCHUGH

3