### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY D. TEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ATOKA COUNTY MEDICAL CENTER, a ) | Case No.  15-CV-199-SPS |
| public trust, BEVERLY PICKETT, ) | |
| individually and PAUL REANO, ) | |
| individually, jointly and severally, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly D. Teal and Defendants Atoka County Medical Center, Beverly Pickett, and Paul Reano hereby stipulate and agree that the above captioned matter be dismissed with prejudice.  Each party is to bear their own attorneys' fees and costs.

Dated this 26th day of August, 2016.

                                                                                 Respectfully submitted,

                                                                                 s/Brendan M. McHugh
                                                                                 *(Signed by Filing Attorney with Permission)*
                                                                                 Brendan M. McHugh
                                                                                  P. O. Box 1392
                                                                                  Claremore, OK 74018
                                                                                  Brendan@lawinok.com

                                                                                 AND

                                                                                 s/Dana Jim
                                                                                 Dana Jim
                                                                                 *(Signed by Filing Attorney with Permission)*
                                                                                 P. O. Box 1011
                                                                                 Vinita, OK 74301
                                                                                 danajimlaw@gmail.com
                                                                                 ATTORNEYS FOR PLAINTIFF

2

       s/Tanya S. Bryant
       Adam W. Childers, OBA # 18673
       Tanya S. Bryant, OBA #20170

       CROWE & DUNLEVY
       A Professional Corporation
       Braniff Building
       324 N. Robinson Ave., Suite 100
       Oklahoma City, OK 73102-8273
       (405) 235-7700
       (405) 239-6651 (Facsimile)
       adam.childers@crowedunlevy.com
       tanya.bryant@crowedunlevy.com

       ATTORNEYS FOR DEFENDANTS